PEOPLE v. ROLANDELLI. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against Stefano Rolandelli. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. RUBINO. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Proceeding by the People of the State of New York against Samuel Rubino, Giuseppe Pantoleno, and Cogenta Pantoleno. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

PEOPLE v. SCHMIDT. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against Adolph Schmidt. No opinion. Application granted. Order signed.

PEOPLE, Respondent, v. SCHULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Proceeding by the People of the State of New York against Charles C. Schultz. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. SCOTT. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Proceeding by the People of the State of New York against George A. Scott. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SEDLESKI, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Proceeding by the People of the State of New York against Alexandria Sedleski. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. SILVERMAN. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against Benny Silverman. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against Charles B. Smith. No opinion. Appeal dismissed upon stipulation filed.

PEOPLE v. STATE BANK OF FORESTVILLE. In re SMITH. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Proceeding by the People of the State of New York against the State Bank of Forestville.

In the matter of the final accounting of Frank L. Smith, as receiver of State Bank of Forestville. No opinion. Motion granted, and appeal dismissed, unless appellants file and serve the printed papers on appeal by May 14th, and be ready for argument on May 19th.

PEOPLE, Respondent, v. STEHR, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against Hyman Stehr. No opinion. Motion to resettle order granted. Settle order before Mr. Justice Stapleton. See, also, 153 N. Y. Supp. 1134.

PEOPLE, Respondent, v. STEHR, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1915.) Proceeding by the People of the State of New York against Hyman Stehr. No opinion. Reargument (of 153 N. Y. Supp. 296) ordered, and case set down for Thursday July 20, 1915, at 10 a. m. See, also, 153 N. Y. Supp. 1134.

PEOPLE v. SWERSKY et al. (No. 7357.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Trial Term, New York County. Max Swersky impleaded with another, was convicted of horse poisoning, and from the judgment, and an order denying his motion for new trial and in arrest of judgment, he appeals. Affirmed. George Edwin Joseph, of New York City, for appellant. Robert S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment and order affirmed. Order filed.

DOWLING, J. I dissent, upon the ground that it was error to charge that there were three accomplices only—Friedman, O'Brien, and Mrs. Erlichman; that it was also error for the court to hold that Joseph Erlichman was not in law an accomplice; and that it was further error to refuse the request to charge that it was for the jury to determine whether Joseph Erlichman was or was not an accomplice. In my opinion, the question of his being an accomplice was one of fact, which should have been submitted to the jury.

PEOPLE, Respondent, v. VERDI, Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Proceeding by the People of the State of New York against Frank Verdi. L. Fabricant, of New York City, for appellant. A Rosenthal, of New York City, for respondent. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. WILKINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against William Wilkinson. No opinion. Appeal dismissed upon stipulation filed.